In re OKLAHOMA BROADCASTING CO.

No. 28002.   April 15, 1941.

*112 P. 2d 406.*

CAIRNS v. SINCLAIR PRAIRIE OIL MARKETING CO. et al.

No. 29746.   April 15, 1941.

*112 P. 2d 385.*

Mac Q. Williamson, Atty. Gen., for appellant.

Sid White, of Oklahoma City, for appellee.

PER CURIAM. A like order allowing a claim similar to that in the case at bar has been determined adversely to the holding of the Oklahoma Tax Commission in the case of In re Marland, 188 Okla. 475, 110 P. 2d 901, and the syllabus is adopted as the holding herein.

The order allowing the claim and authorizing a refund is vacated, with directions to dismiss the claim.

WELCH, C. J., and RILEY, BAYLESS, GIBSON, HURST, and ARNOLD, JJ., concur. CORN, V. C. J., and OSBORN and DAVISON, JJ., absent.